■ In the Matter of JOHN H. NICHOLS et al., Appellants, v BOARD OF EDUCATION, HARPURSVILLE CENTRAL SCHOOL DISTRICT, et al., Respondents.—Appeal from an order of the Supreme Court (Smyk, J.), entered December 21, 1990 in Broome County, which denied petitioners' application pursu-

ant to General Municipal Law § 50-e (5) for leave to serve a late notice of claim.

Order affirmed, without costs, upon the opinion of Justice Stephen Smyk.

Mikoll, J. P., Yesawich Jr., Mercure, Crew III and Harvey, JJ., concur. Ordered that the order is affirmed, without costs, upon the opinion of Justice Stephen Smyk.